NORMAN S. NAYFACH, ESQ.
Cal. State Bar #34755
454 Las Gallinas Avenue, PMB 233
San Rafael, CA 94903
Tel.:(415) 499-3173
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DENISE R. CRUZ DAVIS, | ) | CIVIL No.: CIV 11-01819-PJH |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | STIPULATION AND ORDER |
| | ) | EXTENDING TIME |
| MICHAEL J. ASTRUE, | ) | TO FILE MOTION FOR |
| Commissioner of Social Security, | ) | SUMMARY JUDGMENT |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to approval of the Court, that, in view of the filing herein by defendant on September 16, 2011, by agreement of the parties, of an augmented Administrative Record containing documents Plaintiff had previously submitted to the Appeals Council but which were omitted from the pre-augmented record, Plaintiff Cruz-Davis may have a (further extension) of 20 days from and after September 29, 2011 to file and serve her Motion for Summary Judgment herein. The parties have agreed, subject to approval of the Court, and pursuant to Local Rule 16-5, that Plaintiff's new filing date is October 19, 2011.

Dated: 9/21/11

/s/NORMAN S NAYFACH
NORMAN S. NAYFACH
Attorney for Plaintiff
Denise R. Cruz Davis

Dated: 9/21/11

/s/DANIEL P. TALBERT
DANIEL P. TALBERT
Special Assistant U.S. Attorney
Attorney for Defendant
Michael J. Astrue,
Commissioner of Social Security

**ORDER**

**PURSUANT TO STIPULATION IT IS SO ORDERED**

**DATED: September** 26**, 2011**

IT IS SO ORDERED
Judge Phyllis J. Hamilton

**HON. _____ HAMILTON**
**UNITED STATES DISTRICT JUDGE**

CRUZ DAVIS, STIPULATION AND ORDER EX. TIME MSJ FILING                CIV 11-01819-PJH

**GENERAL ORDER 45 SUB. X CERTIFICATION**

The registered user authorizing the attached document to be filed herein certifies, as follows:

The attached document lists all the names of any other signatory or signatories. The concurrence of each signatory concurring in the filing of this document is indicated as follows: "/s/ CONCURRING SIGNATORY'S NAME" Records to support this concurrence are available for production for the court if so ordered or for inspection upon request by a party. Those records will be maintained until one year after final resolution of the action (including appeal, if any) unless a scanned image of the signature page(s) of the electronically filed document are attached or are otherwise filed before then.

Dated:  September 21, 2011                                  /s/NORMAN S NAYFACH
                                                            NORMAN S. NAYFACH