UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DENISE R. CRUZ DAVIS,

    Plaintiff,                        No. C 11-1819 PJH

    v.

MICHAEL J. ASTRUE, Commissioner of Social Security,                        **JUDGMENT**

    Defendant.
_____/

    This action having come before the court on the plaintiff's motion for summary judgment and the defendant's cross-motion for summary judgment, and the court having granted in part plaintiff's motion,

    it is Ordered and Adjudged

    that the Commissioner's final decision is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). This constitutes a final judgment and closes the case and terminates all pending motions.

    **IT IS SO ORDERED.**

Dated: July 23, 2012

                                                          _____
                                                          PHYLLIS J. HAMILTON
                                                          United States District Judge